### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY THOMAS, JR., Administrator of the Estate of LI'AZIAH THOMAS, deceased <br> 23 Marshall Avenue <br> Marcus Hook, PA 19061 <br> *Plaintiff* <br><br> vs. <br><br> EMADADDIN ALGARF <br> 1135 9Th Street, 2nd Floor <br> Chester, PA 19013 <br><br> and <br> MAHMOUD KNEIFATI <br> 227 W. Brookhaven Road <br> Brookhaven, PA 19015 <br> and <br> COUNTY OF DELAWARE <br> Office of the Solicitor <br> 201 W. Front Street <br> Media, PA 19063 <br> and <br> JOHN DOE(S) 1-3, used herein to designate one or more unknown parties to this incident <br> *Defendant(s)* | No. 23-660 - JDW <br><br> ELECTRONICALLY FILED <br><br><br><br> JURY TRIAL DEMANDED |

## **PLAINTIFF'S *MONELL* CASE STATEMENT**

1. Plaintiff and County of Delaware have resolved all federal law claims in this matter. Plaintiff awaits a stipulation of dismissal from all counsel to file with the Court.

2. Plaintiff circulated a stipulation to voluntarily remand the matter to state court to counsel and awaits signatures to file that stipulation.

3. Upon filing of these stipulations, the matter should be remanded to the Court of Common Pleas of Delaware County.

**Dated: 6/21/23**

**Andrew J. Thomson, Esquire**
**ID No 87844**
LAW OFFICE OF JARED S. ZAFRAN< LLC
1500 Walnut Street, Suite 500
Philadelphia, PA 19102
215-587-0038
Ajthomson@zafranlaw.com
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I, Andrew Thomson , Esquire, hereby certify that a true and correct copy of the Plaintiff's Monell case statement, in the above matter has been served on all counsel of record via the Court's electronic filing system on the date set forth below.

**Dated: 6/21/23**

**Andrew J. Thomson**
**Attorney for Plaintiff**